JANUARY 17, 1966

**A.R.D. 201.**—Nichols & Company, Inc., *v.* United States, reappraisement R65/11397, etc. Entered at Boston, Mass. Appeal from order, dated October 1, 1965 (not published), by the appellant, dismissed.